THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER (CSBN 107014)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail: marcus.kerner@usdoj.gov

Attorneys for Defendant Commissioner
of Social Security

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MARTIN LICHTNER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. CV 08-3321-MLG<br><br>**JUDGMENT OF REMAND** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

IT HEREBY ORDERED, ADJUDGED, AND DECREED that this case is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand and that judgment of remand is hereby entered for the plaintiff.

DATE: February 19, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge