Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfling 12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Martin Lichtner

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN   LICHTNER, | Case No.: CV 08-3321 MLG |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Steven Rosales, as Plaintiff's assignee and subject to the reservation of rights, the amount of $1,500.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  May 4, 2009

_____
THE HONORABLE MARC L. GOLDMAN,
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3       /s/ Steven G. Rosales
    _____
4  Steven G. Rosales
    Attorney for plaintiff Martin Lichtner
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26